UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 16-110** |
| | * | |
| **VERSUS** | * | **SECTION: A** |
| | * | |
| **LOUELLA GIVENS** | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**MEMORANDUM ON FOURTH MOTION FOR
EXTENSION OF TIME TO SELF SURRENDER**

Defendant, **LOUELLA GIVENS**, respectfully submits this Memorandum in Support of her Motion for Extension of Time to Self Surrender.

As this court has been previously made aware, Ms. Givens suffers from an extensive history of significant medical conditions that result in her suffering daily chronic pain. Ms. Givens has been granted three extensions prior to this filing. Upon the granting of the last extension, this Honorable Court ordered that Ms. Givens also be put on house arrest and begin making restitution payments. Ms. Givens has complied with the court order and has not violated house arrest and has also made restitution payments. Ms. Givens now requests an additional extension of her self-surrender, under the same conditions set forth by this Honorable Court on May 9, 2018[1] so that she may recover from the back surgery she underwent on July 11, 2018.

**I.   LOUELLA GIVENS UNDERWENT BACK SURGERY ON JULY 11, 2018**

On July 11, 2018, Louella Givens underwent back surgery at West Jefferson Hospital by Dr. Steck. She is still in the hospital as of the date of this filing. It is anticipated that she will be discharged on or about July 14, 2018. Upon discharge, counsel for defendant will supplement

---

[1] Doc. 165

this filing with medical documentation detailing the procedures and projected recovery. Because her medical records are active as of this date the medical records are not accessible.

**CONCLUSION**

Ms. Givens is not of substantial health to self-surrender at this time because of her necessary surgery recovery.

Respectfully Submitted,

/s/ Nicole E. Burdett
NICOLE BURDETT, NO. 32972
Jason Roger Williams & Associates
607 St. Charles Avenue, Suite 300
New Orleans, LA 70130
(504) 585-1413
(504) 581-5588 (Fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on July 12, 2018, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by U.S. Mail and/or electronic service by operation of the court's electronic filing system.

Nicole E. Burdett
NICOLE E. BURDETT