# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 16-110** |
| | * | |
| **VERSUS** | * | **SECTION: A** |
| | * | |
| **LOUELLA GIVENS** | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## SUPPLEMENTAL MEMORANDUM IN SUPPORT OF FOURTH MOTION FOREXTENSION OF TIME TO SELF SURRENDER

Defendant, **LOUELLA GIVENS**, respectfully submits this Supplemental Memorandum in Support of her Motion for Extension of Time to Self Surrender.

A memorandum was filed with court on July 12, 2018 and an operative report or additional medical information was unavailable to defense counsel. At this time, counsel respectfully submits this supplemental memorandum for the sole purpose of providing the court with medical documents.

**CONCLUSION**

Ms. Givens is not of substantial health to self-surrender at this time because of her necessary surgery recovery.

Respectfully Submitted,

/s/ Nicole E. Burdett
NICOLE BURDETT, NO. 32972
Jason Roger Williams & Associates
607 St. Charles Avenue, Suite 300
New Orleans, LA 70130
(504) 585-1413
(504) 581-5588 (Fax)

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 13, 2018, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record by U.S. Mail and/or electronic service by operation of the court's electronic filing system.

Nicole E. Burdett
NICOLE E. BURDETT
