UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES | * | CRIMINAL NO. 16-110 |
| | * | |
| VERSUS | * | SECTION: A |
| | * | |
| LOUELLA GIVENS | * | |
| | * | |

******************************

## ORDER

Considering the Motion and Memorandum to Supplement filed herein:

**IT IS HEREBY ORDERED BY THE COURT** that defendant be permitted to supplement the motion for extension of time for self surrender filed on July 12, 2018.

HONORABLE JAY ZAINEY
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF LOUISIANA

New Orleans, Louisiana, this __13th__ day of _____July_____, 2018.